# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF NEW YORK

In re:  CYNTHIA GREEN                                                     Case No.:  1321145

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

George M. Reiber, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  07/22/2013.
2) The plan was confirmed on  02/10/2014.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was completed on  08/13/2018.
6) Number of months from filing or conversion to last payment:  61.
7) Number of months case was pending:  65.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  3,585.00.
10)  Amount of unsecured claims discharged without full payment:  145,432.40.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $31,661.00 | |
| Less amount refunded to debtor: | $803.00 | |
| **NET RECEIPTS:** | | $30,858.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $3,362.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $2,415.02 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $5,777.02 |
| Attorney fees paid and disclosed by debtor: | $38.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ACS EDUCATION/BANK OF AMERICA | Unsecured | 12,500.00 | NA | NA | .00 | .00 |
| AMERICAN TAX FUNDING | Secured | 6,500.00 | 6,356.08 | 6,356.08 | 6,356.08 | 2,683.29 |
| AMERICREDIT FINANCIAL SERVICES | Secured | 24,000.00 | 24,032.20 | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA/FIA CARD SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 288.00 | 227.93 | 227.93 | 15.78 | .00 |
| CITIFINANCIAL | Secured | NA | NA | NA | .00 | .00 |
| CITY OF ROCHESTER | Secured | 400.00 | 400.00 | 400.00 | 400.00 | 78.81 |
| CITY OF ROCHESTER | Unsecured | 400.00 | 520.00 | 520.00 | 35.97 | .00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 7,594.00 | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 5,661.00 | NA | NA | .00 | .00 |

Case 2-13-21145-PRW,    Doc 65,    Filed 01/10/19,    Entered 01/10/19 07:50:24
Description: , Page 1 of 4

0027-63-EPIEXX-00346252-1333004

# UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF NEW YORK

In re: CYNTHIA GREEN
Case No.: 1321145

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEPT OF EDUCATION/NELNET | Unsecured | 5,530.00 | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 5,500.00 | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 5,046.00 | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 4,007.00 | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 3,628.00 | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 3,500.00 | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 3,388.00 | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 2,670.00 | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 2,250.00 | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 1,008.00 | NA | NA | .00 | .00 |
| ECMC | Unsecured | NA | 9,562.47 | 9,562.47 | 661.17 | .00 |
| EOS CCA | Unsecured | 1,524.00 | NA | NA | .00 | .00 |
| EOS CCA - EOS | Unsecured | 155.00 | NA | NA | .00 | .00 |
| EOS CCA - EOS | Unsecured | 85.00 | NA | NA | .00 | .00 |
| EOS CCA - EOS | Unsecured | 85.00 | NA | NA | .00 | .00 |
| EOS CCA - EOS | Unsecured | 65.00 | NA | NA | .00 | .00 |
| EOS CCA - EOS | Unsecured | 65.00 | NA | NA | .00 | .00 |
| EOS CCA - EOS | Unsecured | 65.00 | NA | NA | .00 | .00 |
| EOS CCA - EOS | Unsecured | 57.00 | NA | NA | .00 | .00 |
| FRONTIER TELEPHONE OF ROCH | Unsecured | 438.00 | 438.55 | 438.55 | 30.40 | .00 |
| FRONTIER TELEPHONE OF ROCH | Unsecured | NA | NA | NA | .00 | .00 |
| GLOBAL PAYMENTS | Unsecured | 150.00 | 150.00 | 150.00 | 10.41 | .00 |
| GLOBAL PAYMENTS | Unsecured | 150.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 2,951.74 | 2,951.74 | 2,951.74 | .00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 1,291.88 | 1,291.88 | 89.33 | .00 |
| JORDAN S KATZ, ESQ. | Unsecured | NA | .00 | .00 | .00 | .00 |
| NCO FINANCIAL | Unsecured | 143.00 | NA | NA | .00 | .00 |
| NELNET INC | Unsecured | NA | NA | NA | .00 | .00 |
| NYS DEPT OF TAX & FINANCE | Priority | NA | 1,734.30 | .00 | .00 | .00 |
| NYS DEPT OF TAX & FINANCE | Unsecured | NA | .00 | .00 | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |

Case 2-13-21145-PRW, Doc 65, Filed 01/10/19, Entered 01/10/19 07:50:24
Description: , Page 2 of 4

UST Form 101-13-FR-S (9/1/2009)

0027-63-EPIEXX-00346252-1333004

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re: CYNTHIA GREEN                                          Case No.: 1321145

        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PAYMENT CENTER | Unsecured | NA | NA | NA | .00 | .00 |
| PREMIERE CREDIT OF NORTH AMERIC/ | Unsecured | 9,528.00 | NA | NA | .00 | .00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 187.66 | 187.66 | 13.03 | .00 |
| ROBERT COOK, ESQ. | Priority | NA | NA | NA | .00 | .00 |
| SECURITY CREDIT SYSTEMS | Unsecured | 435.00 | NA | NA | .00 | .00 |
| SN SERVICING CORPORATION | Unsecured | NA | .00 | .00 | .00 | .00 |
| SOLOMON & SOLOMON, P.C. | Unsecured | 172.00 | NA | NA | .00 | .00 |
| SUMMIT FEDERAL CR UNION | Secured | 5,950.00 | 6,000.05 | 6,000.05 | 6,000.05 | 604.86 |
| U S ATTORNEY FOR IRS | Priority | NA | NA | NA | .00 | .00 |
| U.S. BANK TRUST NATIONAL ASSOC. | Secured | 28,819.00 | 30,320.48 | 750.00 | 750.00 | .00 |
| U.S. DEPARTMENT OF EDUCATION | Unsecured | 7,905.00 | 63,358.63 | 63,358.63 | 4,390.30 | .00 |
| UNITY HEALTH SYSTEMS | Unsecured | 140.00 | 140.43 | 140.43 | 9.76 | .00 |
| US ATTORNEY'S OFFICE | Priority | NA | NA | NA | .00 | .00 |
| US ATTORNEY'S OFFICE | Priority | NA | NA | NA | .00 | .00 |
| WESTGATE RESORTS | Secured | 6,000.00 | NA | NA | .00 | .00 |
| WESTGATE RESORTS | Secured | NA | NA | NA | .00 | .00 |
| WESTGATE VACATION VILLAS | Secured | NA | NA | NA | .00 | .00 |

     Case 2-13-21145-PRW,    Doc 65,    Filed 01/10/19,    Entered 01/10/19 07:50:24
Description: , Page 3 of 4
UST Form 101-13-FR-S (9/1/2009)

0027-63-EPIEXX-00346252-1333004

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re:  CYNTHIA GREEN                                          Case No.:  1321145

                    Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WESTGATE VACATION VILLAS | Secured | NA | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 750.00 | 750.00 | .00 |
| Debt Secured by Vehicle: | 6,000.05 | 6,000.05 | 604.86 |
| All Other Secured: | 6,756.08 | 6,756.08 | 2,762.10 |
| **TOTAL SECURED:** | 13,506.13 | 13,506.13 | 3,366.96 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 2,951.74 | 2,951.74 | .00 |
| **TOTAL PRIORITY:** | 2,951.74 | 2,951.74 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 75,877.55 | 5,256.15 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,777.02 |
| Disbursements to Creditors: | $25,080.98 |
| **TOTAL DISBURSEMENTS:** | $30,858.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

        Date:   12/21/2018                                By:   /s/George M. Reiber
                                                                Standing Chapter 13 Trustee

        STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.